*In re* MEDIDAS ESPECIALES PARA LA EXTENSIÓN DE TÉRMINOS POR MOTIVO DEL JUEVES SANTO.

*Número:* EN-2003-02          *Resuelto:* 15 de abril de 2003

## RESOLUCIÓN

El jueves 17 de abril de 2003, día en que se celebra el Jueves Santo, el Juez Presidente, Hon. José A. Andréu García, concedió la tarde libre a los empleados de la Rama Judicial con cargo al balance de licencia de vacaciones. Por tal razón y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por los Arts. 388 y 389 del Código Político de 1902 (1 L.P.R.A secs. 72 y 73), y se considerará el Jueves Santo como si fuera un día feriado completo. Cualquier término por vencer ese día se extenderá hasta el martes 22 de abril, próximo día laborable. *Se ordena la inmediata difusión pública de esta Resolución.*

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados Señores Corrada Del Río y Rivera Pérez no intervinieron.

*(Fdo.)* Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*